**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| BONNIE SMITH SWEARINGEN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:17-cv-00058-TWP-DML |
| ) | |
| ROBERT LENARD, JR., *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION ON MOTION TO DISMISS FOR LACK OF JURISDICTION AND MOTION TO CHANGE VENUE

On May 24, 2017, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 18) on the defendants' motion to dismiss (Dkt. 8) and the plaintiffs' motion to change venue (Dkt. 15). The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 18) and being duly advised, now APPROVES and ADOPTS it. The parties' requests to transfer venue are therefore GRANTED as provided in the Report and Recommendation and this Order. This case is TRANSFERRED to the Southern District of Illinois at Benton pursuant to 28 U.S.C. § 1406(a).

IT IS SO ORDERED.

Date: 6/14/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system